IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ashley Ramirez, | No. C 15-03580 RS |
|       Plaintiffs, | |
| v. | **STANDBY ORDER OF DISMISSAL** |
| National Collegiate Student Loan Trust 2006-2, | |
|       Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 4, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 7, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Date: 2/1/16

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE