UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY RAMIREZ, an individual, ) | Case No.: 3:15-cv-03580-RS |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | STIPULATION FOR DISMISSAL WITH |
| v. ) | PREJUDICE |
| ) | |
| NATIONAL COLLEGIATE STUDENT ) | [CORRECTION TO DOC. #30] |
| LOAN TRUST 2006-2, A DELAWARE ) | |
| STATUTORY TRUST AND LAW ) | |
| OFFICES OF PATENAUDE & FELIZ, ) | |
| A.P.C., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: 3/18/16

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE